MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/20

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

December 10, 2020

12/11/20

*The Government's understanding is correct. Defendants are to be arraigned in magistrate's court and the matters put over for an initial conference before this Court on January 19, 2021 at 2:45.*

**By Email and ECF**
The Honorable Colleen McMahon
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   United States v. Richard Lotito, et ano., No. 20 Cr. 675 (CM)

Dear Chief Judge McMahon:

On December 8, 2020, a one-count indictment charging defendants Richard Lotito and Andrew Joseph with a narcotics conspiracy was filed and assigned to this Court. The Government understands the Court has referred this matter to the duty magistrate for arraignment, and the Government expects the defendants to be arraigned the week of December 14, 2020. The Government further understands the Court will be scheduling an initial conference in this matter for January 19, 2021, at 2:45 p.m.

The Government respectfully requests, with the defendants' consent, that time between December 10, 2020 and January 19, 2021, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties to attend to their discovery obligations and discuss a pre-trial disposition. The Government submits that the proposed exclusion is in the interest of justice.[1]

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney

by: /s/ _____
Daniel H. Wolf
Assistant United States Attorney
(212) 637-2337

*— Time excluded through January 19, 2021 in the interest of justice, to facilitate the review of discovery and plea discussions.*

cc:   Leo Aldridge, Esq.
      John Meringolo, Esq.

---

[1] This matter has not yet been docketed on the District's case management and electronic court filing platform ("CM/ECF"). Accordingly, the Government is filing this letter in the first instance by email. Upon the electronic docketing of this matter and assignment of a criminal docket number, the Government will re-file this letter on CM/ECF.