UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-                                                                                              20 CR 675 (CM)

Richard Lotito,                                                                          ORDER

            Defendants.

-----------------------------------------------------------------X

**Colleen McMahon,** Chief Judge:

    The Court will hold a conference in this matter on **January 19, 2021, at 2:30 p.m.**, using the Skype video call platform—the Skype link and logon instructions have been emailed to the parties. The public and press may access the audio feed of the conference by calling 888-363-4749, and entering access code 9054506.

Dated: January 12, 2021
       New York, New York

                                                        Colleen McMahon
                                                        Chief Judge



```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/12/21
```