

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

June 14, 2021

**BY ECF**

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Richard Lotito*, No. 20 Cr. 675 (CM)

Dear Judge McMahon:

The parties jointly write to request that the conference scheduled in this case for June 15, 2021, at 11:30 a.m. be adjourned until September 14, 2021, at 3:00 p.m. The parties request an adjournment so that the defendant may have additional time to review discovery and meet in-person with his counsel, and so that the parties may continue to engage in pretrial disposition discussions.

The Government respectfully requests, with the consent of defense counsel, that the time between tomorrow and September 14, 2021, be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the defendant to review discovery and the parties to engage in discussions regarding a potential pretrial resolution. The parties respectfully submit that the proposed exclusion would be in the interest of justice.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for
the Southern District of New York

By: _____/s/_____
Daniel H. Wolf
Assistant United States Attorney
(212) 637-2237

cc: Leo Aldridge, Esq. (via ECF)

---

*Memo endorsement (handwritten):*

MEMO ENDORSED 6/14/21

Case Adj to September 14, 2021 at 3pm — time excluded in the interest of justice, to facilitate the review of discovery and plea negotiations.

/s/ Colleen McMahon

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/21