**LEONARDO M. ALDRIDGE**
Attorney-At-Law
20 Vesey St., Room 400
New York, NY 11201

December 17, 2021

**By ECF**
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl St.
New York, NY 10007

Re: <u>U.S. v. Richard Lotito, 20-675 (CM)</u>

Your Honor:

The parties jointly write to request that the conference scheduled in this case for Tuesday, December 21, at 10:00 am be adjourned for any date in late January or early February that the Court can accommodate. The parties believe that they are close to a resolution in this case that would avoid a trial.

The defense and the prosecution are engaged in frequent phone and email exchanges with the main aim of determining the correct guideline calculation considering several factors, including the pill count purportedly attributable to the defendant, Mr. Richard Lotito.

The government and the defense jointly move to exclude, under the Speedy Trial Act, the time between December 21 and the next scheduled conference. Both parties agree that such exclusion of time would be in the interests of justice.

Respectfully,

**S/Leonardo M. Aldridge**
Leonardo M. Aldridge
CJA Counsel for the Defendant

Cc. AUSA Daniel Wolf

---

*Handwritten endorsement:*

MEMO ENDORSED

12/17/21

Case Adj to January 31, 2022 at 2pm — time excluded in the interest of justice, to facilitate plea discussions.

/s/ Colleen McMahon

---

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/17/21