

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED

February 1, 2022

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

> Case adj to Feb. 28, 2022
> at 2 PM — time excluded
> through Feb 28, in the interest
> of justice, to facilitate plea
> discussions.
>
> *[signed] Colleen McMahon*

Re: *United States v. Richard Lotito*, No. 20 Cr. 675 (CM)

Dear Judge McMahon:

The status conference scheduled for yesterday, January 31, 2022, having been adjourned, the parties jointly write to request that the Court schedule a status conference in this case for February 28, 2022, at 2:00 p.m. The parties are discussing a potential pretrial disposition of this case.

The Government respectfully requests, with the consent of defense counsel, that the time between today and February 28, 2022, be excluded pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), to allow the parties to engage in discussions regarding a potential pretrial resolution. The parties respectfully submit that the proposed exclusion would be in the interest of justice.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for
the Southern District of New York

By: _____/s/_____
Daniel H. Wolf
Assistant United States Attorney
(212) 637-2237

cc: Leo Aldridge, Esq. (via ECF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/22