**UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA

-v-

20 CR 675-01 (CM)

RICHARD LOTITO,

Defendant.

It is hereby ordered that Richard Lotito, the defendant, having been sentenced in the above case to the custody of the Attorney General, is to surrender to the Attorney General by reporting to the facility designated by the BOP, on or before 2:00 p.m., on December 5, 2022.

_____         9/8/22
UNITED STATES DISTRICT JUDGE            DATE

**Acknowledgment:**

I agree to report as directed in this order and understand that if I fail to do so I may be cited for contempt of court and if convicted of contempt may be punished by imprisonment or fine or both.

_____         _____
(Attorney/Witness)                (Defendant)

cc: U.S. Marshal, SDNY
    Probation Dept, SDNY
    U.S. Attorney, SDNY
    Pretrial Office, SDNY
    Defense Counsel

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/22