**LEONARDO M. ALDRIDGE**
Attorney-At-Law
20 Vesey St. Room 400
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/19/2022

September 16, 2022

**BY ECF**
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St. New York, NY 10007-1312

Re: U.S. v. Richard Lotito, Cr. No. 20-675

MEMO ENDORSED

Your Honor:

    On September 8, Your Honor sentenced Mr. Richard Lotito to one year and one day of imprisonment. During the sentencing hearing, undersigned counsel requested that the Court recommend to the Bureau of Prisons that, because of multiple health issues, Mr. Lotito serve his sentence at a medical facility. The Court acquiesced. The minutes at Docket No. 79, as well as the judgment proper, indicate that "the Court recommends that the Bureau of Prisons incarcerate defendant in a BOP medical facility."

    However, after consultations with his doctors and his family, Mr. Lotito has asked me to request from the Court that it modify its recommendation so that he can serve his sentence at Fort Dix, which is a 20-minute drive away from where his spouse and five-year-old daughter live in New Jersey. For these reasons, Mr. Lotito, through counsel, respectfully requests that this Honorable Court modify its recommendation to the BOP and instead recommend that Mr. Lotito serve his sentence at Fort Dix because of its physical proximity to his family.

Respectfully,
***S/Leonardo M. Aldridge***

Cc. AUSA Daniel Wolf (through e-mail)

1